# No. 25-2954

===============================================================

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

_____

**LiveVideo.AI Corp,**

*Plaintiff-Appellant*

v.

**Shari Redstone, National Amusements, Inc, Christine Varney, Nicole Seligman**

*Defendants-Appellees.*

_____

On Appeal from the United States District Court for

the Southern District of New York

===============================================================

### PLAINTIFFS-APPELLANTS' PROPOSED BRIEF SCHEDULING NOTIFICATION

===============================================================

*Alfred C. Constants III*

Counsel for Appellant LiveVideo.AI Corp.

115 Forest Ave., Unit 331

Locust Valley, NY 11560

(516) 200-9660

constantslaw49@gmail.com

1

In accordance with Local Rule 31.2 (a)(1)(A) Plaintiffs-Appellants herein submit their proposed briefing schedule. Plaintiffs-Appellants respectfully propose March 31, 2026 as the deadline for filing their brief on appeal.

New York, NY

January 29, 2026

Respectfully submitted,

/s/ Alfred C. Constants III

Alfred C. Constants III

Counsel for Appellant LiveVideo.AI Corp.

115 Forest Ave., Unit 331

Locust Valley, NY 11560

(516) 200-9660

constantslaw49@gmail.com
