# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-six,

| | |
|---|---|
| Livevideo.AI Corp, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 25-2954 |
| v. | |
| Shari Redstone, National Amusements, Inc., Christine Varney, Monica Seligman, | |
|     Defendants - Appellees. | |

    Appellant Livevideo.AI Corp's submission of a Letter does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said Letter is stricken from the docket.

    For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court