**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __25-2954__   Caption [use short title] LiveVideo.AI Corp v. Shari Redstone

Motion for: __a 14-day extension of time to file opening brief__

Set forth below precise, complete statement of relief sought:

Extending the deadline for filing Appellant's opening brief to April 14, 2026.

MOVING PARTY: __LiveVideo.AI Corp__   OPPOSING PARTY: __Shari Redstone__

☐ Plaintiff   ☐ Defendant

☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: __Alfred C. Constants III__   OPPOSING ATTORNEY: Peter L. Welsh, 800 Boylston Street Boston MA 02199

[name of attorney, with firm, address, phone number and e-mail]

Constants Law Offices, LLC   Ropes Gray 617-951-7000

115 Forest Avenue, Unit 331   peter.welsh@ropesgray.com

Locus Valley, New York, 11560 (516) 200-9660 Constantslaw49@gmail.com

Court- Judge/ Agency appealed from: __SDNY__

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain): ____

Opposing counsel's position on motion:
☐ Unopposed   ☒ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought in this court?   ☐ Yes   ☒ No

Requested return date and explanation of emergency: __April 8, 2026__

A concurrent district-court sanctions proceeding on a schedule that overlaps with the final preparation of Appellant's opening brief and the completion of record-citation and appendix-related work.

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No If yes, enter date: ____

**Signature of Moving Attorney:**

_/s/ Alfred C. Constants III_   Date: __04/02/2026__   Service: ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)