# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-six.

Before:  José A. Cabranes,
      *Circuit Judge.*

---

Livevideo.AI Corp,

    Plaintiff - Appellant,

  v.

Shari Redstone, National Amusements, Inc.,

    Defendants – Appellees.

---

**ORDER**

Docket No. 25-2954

Appellant's counsel is ORDERED to respond by 5:00 p.m. on Friday, April 10, 2026, to opposing counsel's representation that Appellant's counsel made material misrepresentations to this Court in the motion for an extension of time to file the opening brief.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

