# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand twenty-six.

Before:    José A. Cabranes,
                  *Circuit Judge.*

_____

| | |
|---|---|
| Livevideo.AI Corp, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 25-2954 |
| v. | |
| Shari Redstone, National Amusements, Inc., | |
| Defendants - Appellees, | |
| Christine Varney, Monica Seligman, | |
| Defendants. | |

_____

Appellant moves for a stay of the district court sanctions proceedings including the April 14, 2026 opposition deadline and for an extension of time to file the opening brief in this appeal.

IT IS HEREBY ORDERED that both motions are DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court