S.D.N.Y. – N.Y.C.
24-cv-6290
Ho, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of October, two thousand twenty-six.

Present:
Pierre N. Leval,
Richard J. Sullivan,
Joseph F. Bianco,
*Circuit Judges.*

---

Livevideo.AI Corp.,

*Plaintiff-Appellant*,

v. 25-2954

Shari Redstone, National Amusements, Inc.,

*Defendants-Appellees*,

Christine Varney, Monica Seligman,

*Defendants*.

---

Appellant moves to reinstate its appeal after the issuance of a mandate dismissing the appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellant does not present "exceptional circumstances" warranting the recall of the mandate and the reinstatement of its appeal. *See Taylor v. United States*, 822 F.3d 84, 90 (2d Cir. 2006) (internal quotation marks omitted).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS